# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODOLFO CARDENAS CALIS, | ) | NO. CV 08-6206 R (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| BEN CURRY, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Sept. 30, 2008.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE